UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>   Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Case No. 1:19-cv-1552 (ABJ) |

**JOINT STATUS REPORT**

By the Court's order dated February 20, 2020, defendant was directed to file a dispositive motion or, in the alternative, a report setting forth the schedule for the completion of its production of documents to plaintiff, on or before March 20, 2020.  Pursuant to that Court Order, undersigned counsel for defendant conferred with undersigned counsel for plaintiff on March 9, 13, and 18, 2020, and the Parties hereby submit the instant proposed schedule for the completion of defendant's production of documents to plaintiff as follows:

   1.   This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and involves a FOIA request submitted by plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") to the Office of Legal Counsel ("OLC"), U.S. Department of Justice ("DOJ").

   2.   FOIA request number FY19-131, submitted by CREW to OLC, seeks "documents pertaining to the views OLC provided Attorney General William Barr on whether the evidence developed by Special Counsel Robert Mueller is sufficient to establish that the President committed an obstruction-of-justice offense."  *See* ECF No. 5-2.

   3.   By and through counsel, on February 11, 2020, CREW agreed to limit the scope

of FOIA request number FY19-131 to "all material provided to the Attorney General or the Office of the Attorney General on the subject of whether the evidence developed by Special Counsel Mueller is sufficient to establish that the President committed an obstruction-of-justice offense."  CREW reserved its right to seek other records covered by the full scope of FOIA request number FY19-131 after reviewing the material provided by OLC under this limited scope of FOIA request number FY19-131.

4.     OLC has identified approximately 100 records, consisting of approximately 330 pages, that are potentially responsive to the limited scope of FOIA request number FY19-131. OLC's processing of records responsive to the limited scope of FOIA request number FY19-131 is ongoing.

5.     OLC will make its best efforts to provide all the non-exempt records responsive to the limited scope of FOIA request number FY19-131, that do not require referral, on or before May 22, 2020.  Some of the responsive records may require referral to other offices and entities and, accordingly, OLC respectfully submits that it cannot provide an exact date by which production will be completed; however, OLC will make its best efforts to ensure responsive records requiring referral are referred to other offices and entities to allow a reasonable amount of time for review by the referral entity in advance of May 22, 2020.  This proposed production schedule represents OLC's best estimate based on current conditions; OLC notes that it has not fully evaluated the impact of the pandemic on its operations and may need to request adjustments to this schedule in the future.

Accordingly, the parties believe it is premature to propose a briefing schedule for any dispositive motions at this time and, instead, respectfully request that they be permitted to submit a joint status report to the Court on or before June 5, 2020 as to whether the parties have resolved

all disputes as to FOIA request FY19-131, or whether dispositive motions are anticipated and, if so, submit a briefing schedule for summary judgment.

Dated:  March 20, 2020                              Respectfully submitted,

*/s/ Anne L. Weismann*                              JOSEPH H. HUNT
Anne L. Weismann (DC Bar # 298190)                  Assistant Attorney General
Adam J. Rappaport (DC Bar # 479866)
Citizens for Responsibility and Ethics              ELIZABETH J. SHAPIRO
       in Washington                                Deputy Director
1101 K Street, N.W., Suite 201                      Civil Division, Federal Programs Branch
Washington, DC  20005
Phone: (202) 408-5565                               /s/ *Julie Straus Harris*
Facsimile: (202) 588-5020                           JULIE STRAUS HARRIS (DC Bar # 1021928)
aweismann@citizensforethics.org                     Trial Attorney
                                                    United States Department of Justice
*Attorneys for Plaintiff*                           Civil Division, Federal Programs Branch
                                                    1100 L Street NW, Room 11514
                                                    Washington, D.C. 20005
                                                    Tel: (202) 353-7633
                                                    Fax: (202) 616-8470
                                                    E-mail: julie.strausharris@usdoj.gov

                                                    *Counsel for Defendant*