UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>   Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Case No. 1:19-cv-1552 (ABJ) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER**

  The parties to this Freedom of Information Act ("FOIA") matter respectfully submit the following Joint Status Report in response to this Court's June 9, 2020 Order.

  1. The background to this case is provided in the parties' March 20, 2020 Joint Status Report, ECF No. 12, and June 5, 2020 Joint Status Report, ECF No. 13, and incorporated here by reference.   On June 9, 2020, the Court issued an Order directing the parties to file a joint status report by June 24, 2020.  *See* June 9, 2020 Minute Order.

  2. The FOIA request, number FY19-131, submitted by plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") to the Office of Legal Counsel ("OLC"), U.S. Department of Justice ("DOJ"), seeks "documents pertaining to the views OLC provided Attorney General William Barr on whether the evidence developed by Special Counsel Robert Mueller is sufficient to establish that the President committed an obstruction-of-justice offense." *See* ECF No. 5-2.

  3. OLC has completed the processing and release of records responsive to FOIA request, number FY19-131, and DOJ's Office of Information Policy ("OIP") has completed the processing and release of the record referred to it by OLC.

4. CREW has identified issues that remain for litigation. The parties have met and conferred, and jointly suggest the following schedule to govern future proceedings in this case:

| | |
|---|---|
| August 12, 2020: | Defendant files motion for summary judgment |
| September 2, 2020: | Plaintiff files opposition to Defendant's motion for summary judgment and cross-motion for summary judgment (if necessary) |
| September 23, 2020: | Defendant files reply and opposition to Plaintiff's cross-motion (if necessary) |
| October 7, 2020: | Plaintiff files reply (if necessary) |

5. The parties respectfully request that the Court adopt this briefing schedule. A proposed order granting the parties' request accompanies this motion.

Dated: June 24, 2020

Respectfully submitted,

/s/ Anne L. Weismann
Anne L. Weismann (DC Bar # 298190)
Adam J. Rappaport (DC Bar # 479866)
Citizens for Responsibility and Ethics
    in Washington
1101 K Street, N.W., Suite 201
Washington, DC  20005
Phone: (202) 408-5565
Facsimile: (202) 588-5020
aweismann@citizensforethics.org

*Attorneys for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

/s/ Julie Straus Harris
JULIE STRAUS HARRIS (DC Bar # 1021928)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11514
Washington, D.C. 20005
Tel: (202) 353-7633
Fax: (202) 616-8470
E-mail: julie.strausharris@usdoj.gov

*Counsel for Defendant*