## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. 1:19-cv-1552 (ABJ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND RENEWED MOTION TO DISMISS

Defendant United States Department of Justice (DOJ) hereby moves the Court to enter summary judgment in Defendant's favor pursuant to Federal Rule of Civil Procedure 56 as to Count I of the Complaint, and to dismiss Count II of the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1).  Attached in support of this motion are a statement of material facts as to which there is no genuine dispute, a memorandum of points and authorities, the Declaration of Paul P. Colborn and the exhibits thereto, and the Declaration of Vanessa R. Brinkmann and the exhibit thereto.  A proposed order is also attached.

Dated:  August 12, 2020								Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

/s/ *Julie Straus Harris*
JULIE STRAUS HARRIS (DC Bar # 1021928)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11514
Washington, D.C. 20005
Tel: (202) 353-7633
Fax: (202) 616-8470
E-mail: julie.strausharris@usdoj.gov

*Counsel for Defendant*