UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 19-1552 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER

Pursuant to Federal Rules of Civil Procedure 12, 56, and 58, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

Defendant's Motion for Summary Judgment [Dkt. # 15] is **GRANTED IN PART** and plaintiff's Cross Motion for Summary Judgment [Dkt. # 17] is **DENIED IN PART**, and judgment is entered is favor of defendant on Count One with respect to Document 6; and

Defendant's Motion for Summary Judgment is **DENIED IN PART** and plaintiff's Cross Motion for Summary Judgment is **GRANTED IN PART** with respect to Document 15, and defendant must produce Document 15 to plaintiff.

It is **FURTHER ORDERED** that defendant's renewed motion to dismiss [Dkt. # 15] Count Two is **GRANTED**.

Defendant must file any motion to stay this order by May 17, 2021, and it must inform the Court at that time of its position on whether the Memorandum Opinion may be unsealed in its entirety.

_____<br>
AMY BERMAN JACKSON<br>
United States District Judge

DATE: May 3, 2021