## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

        Plaintiff,

  v.

U.S. DEPARTMENT OF JUSTICE,

        Defendant.

Case No. 1:19-cv-1552 (ABJ)

## DEFENDANT'S UNOPPOSED MOTION FOR ONE WEEK EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), defendant the U.S. Department of Justice (Department) hereby moves for a one-week extension of time, until May 24, 2021, of the period in which to move for a stay of the Court's May 3, 2021 Order, ECF No. 26, in this case, and to inform the Court as to the Department's position on whether the Court's sealed order may be unsealed. The request is made in good faith and with good cause, as set forth below:

1.     On May 3, 2021, the Court rejected the Department's arguments for withholding a memorandum, referred to as Document No. 15, and granted the plaintiff's motion for summary judgment with respect to that document. *See* ECF No. 27. It further ordered that any motion to stay the court's order must be filed by May 17, 2021, and that on that same day, the Department must inform the Court as to the Department's position on whether the Court's sealed order may be unsealed. *See* ECF No. 26.

2.     The United States is normally entitled to sixty days in which to determine whether or not to appeal a final order, a time period that recognizes the deliberation and coordination required for the government to make such determinations. *See* 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1)(B). A motion for stay pending appeal, like a decision whether or not to appeal a final

order, requires the approval of the Solicitor General. 28 C.F.R. § 0.20(b). The Court's order provided only two weeks for the Department to create and process the ordinary paperwork attendant to an appeal recommendation and decision.

3.      The Department recognizes that the Court's timeframe reflects an interest in a swift decision, and the Department is not seeking to extend its time to the full sixty days to which it would otherwise be entitled. It does request, however, one additional week in which to allow its ordinary processes to be completed.

4.      No material prejudice will result from this request for a short extension of time. Pursuant to Local Civil Rule 7(m), the Department has conferred with the plaintiff regarding this request, and plaintiff does not oppose the relief requested in this motion.


Dated: May 14, 2021                             Respectfully submitted,

                                                BRIAN D. NETTER
                                                Deputy Assistant Attorney General


                                                /s/ *Elizabeth J. Shapiro*
                                                ELIZABETH J. SHAPIRO (DC Bar # 418925)
                                                JULIE STRAUS HARRIS (DC Bar # 1021928)
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch
                                                1100 L Street NW, Room 12000
                                                Washington, D.C. 20005
                                                Tel: (202) 514-5302
                                                Fax: (202) 616-8470
                                                E-mail: Elizabeth.Shapiro@usdoj.gov

                                                *Counsel for Defendant*

2