UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | Case No. 1:19-cv-1552 (ABJ) |

**[PROPOSED] ORDER**

Having considered Defendant's Unopposed Motion for One Week Extension of Time ("Motion"), and good cause being shown, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that Defendant shall have until May 24, 2021, in which to move for a stay of the Court's May 3, 2021 Order, ECF No. 26, and to inform the Court as to Defendant's position on whether the Court's sealed order may be unsealed.


Dated: _____ 2021　　　_____
　　　　　　　　　　　　　　　　　　　　　　AMY BERMAN JACKSON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge