# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Case No. 1:19-cv-1552 (ABJ) |

## NOTICE OF APPEAL

Defendant the United States Department of Justice hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's May 3, 2021 Memorandum Opinion [ECF Nos. 23, 27] and Order [ECF No. 26].

Dated: May 24, 2021

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

/s/ *Julie Straus Harris*
JULIE STRAUS HARRIS (DC Bar # 1021928)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11514
Washington, D.C. 20005
Tel: (202) 353-7633
Fax: (202) 616-8470
E-mail: julie.strausharris@usdoj.gov

*Counsel for Defendant*