# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-5113**             **September Term, 2022**

**1:19-cv-01552-ABJ**

**Filed On: October 11, 2022** [1968396]

Citizens for Responsibility and Ethics in Washington,

        Appellee

    v.

United States Department of Justice,

        Appellant

## M A N D A T E

In accordance with the judgment of August 19, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                  BY:     /s/
                                  Daniel J. Reidy
                                  Deputy Clerk

Link to the judgment filed August 19, 2022