# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-5113**  **September Term, 2021**
FILED ON: AUGUST 19, 2022

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,
  APPELLEE

v.

UNITED STATES DEPARTMENT OF JUSTICE,
  APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cv-01552)

Before: SRINIVASAN, *Chief Judge*, ROGERS and TATEL\*, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY: /s/

    Daniel J. Reidy
    Deputy Clerk

Date: August 19, 2022

Opinion for the court filed by Chief Judge Srinivasan.

\* Judge Tatel assumed senior status after this case was argued and before the date of the disposition of this matter.