**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

|  | |
|---|---|
| *Plaintiff,* | |
| *v.* | Civil Action No. 19-cv-1552-ABJ |
| U.S. DEPARTMENT OF JUSTICE, | |
| *Defendant.* | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the parties'

Settlement Agreement on January 5, 2023, the parties, by and through their undersigned counsel,

hereby stipulate to the dismissal of this action with prejudice.

Dated:  January 5, 2023                                          Respectfully submitted,

                                                                                 BRIAN D. NETTER
                                                                                 Deputy Assistant Attorney General

*/s/ Anne L. Weismann*
Anne L. Weismann (DC Bar # 298190)                ELIZABETH J. SHAPIRO
Adam J. Rappaport (DC Bar # 479866)                Deputy Director
Citizens for Responsibility and Ethics              Civil Division, Federal Programs Branch
    in Washington
1101 K Street, N.W., Suite 201                           */s/ Julie Straus Harris*
Washington, DC  20005                                      JULIE STRAUS HARRIS (DC Bar # 1021928)
Phone: (202) 408-5565                                       Senior Trial Counsel
Facsimile: (202) 588-5020                                  United States Department of Justice
aweismann@citizensforethics.org                      Civil Division, Federal Programs Branch
                                                                                 1100 L Street NW, Room 11514
*Attorneys for Plaintiff*                                       Washington, D.C. 20005
                                                                                 Tel: (202) 353-7633
                                                                                 Fax: (202) 616-8470
                                                                                 E-mail: julie.strausharris@usdoj.gov

                                                                                 *Counsel for Defendant*